IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | HON. JEROME B. SIMANDLE |
| v. | Criminal No. 05-407 (JBS) |
| ROBERT G. PELLE, | **ORDER** |
| Defendant. | |

        This matter is before the Court upon the pre-trial motion by
Defendant Robert G. Pelle, filed on October 7, 2005, seeking
suppression of evidence gathered following a search of
Defendant's computer hard drive [Docket Item 20]; and

        The Court having heard testimony and oral argument at a
hearing on December 13, 2005; and having considered the written
submissions by the parties in support and opposition, as well as
the supplemental submissions; and

        For the reasons stated in the Opinion of today's date;

        IT IS this _____**17th**_____ day of February 2006 hereby

        ORDERED that the pre-trial motion by Defendant Robert G.
Pelle seeking suppression of evidence gathered following a search
of Defendant's computer hard drive [Docket Item 20] shall be, and
hereby is, **DENIED**.


                              **s/ Jerome B. Simandle**
                              JEROME B. SIMANDLE
                              U.S. District Judge